**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KALYPSYS, LLC, | Civil No. 22-00510(SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| BLUE LABEL SOLUTIONS, LLC, | |
| Defendant. | September 20, 2022 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant Blue Label Solutions, LLC's ("Defendant") Motion to Dismiss the Complaint and Refer the Matter to Arbitration pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, (D.E. 3.), and this Court having considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated September 20, 2022,

**IT IS** on this 20th day of September, 2022

**ORDERED** that Defendant's Motion to Refer the Matter to Arbitration (D.E. 3) is **GRANTED**; and it is further

**ORDERED** that the claims against Defendant be **DISMISSED**.

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

cc:    Clerk
       Parties
       Magistrate Judge Leda D. Wettre